**STATE of Missouri, Respondent,**

v.

**Michael K. MOSLEY, Appellant.**

**No. ED 99870.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 2014.

Application for Transfer Denied Feb. 3, 2015.

Maleaner Harvey, Saint Louis, MO, for appellant.

Chris Koster, Attorney General, Adam Rowley, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Michael K. Mosley appeals the judgment entered upon a jury verdict convicting him of first-degree child molestation. We find the trial court did not abuse its discretion in overruling Mosley's motion to remove a juror for cause.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).